| | |
|---|---|
| 1 | George A. Pisano (SBN 108951) |
| 2 | Arlene N. Hoang (SBN 193395)<br>**WILSON, ELSER, MOSKOWITZ,**<br>   **EDELMAN & DICKER LLP** |
| 3 | 555 S. Flower Street, Suite 2900 |
| 4 | Los Angeles, California 90071<br>Telephone:(213) 443-5100 |
| 5 | Facsimile: (213) 443-5101<br>Email:  George.Pisano@wilsonelser.com |
| 6 | Email:  Arlene.Hoang@wilsonelser.com<br>Attorneys for Defendant |
| 7 | JOHN GUEST (U.S.A.) INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>       Plaintiff(s),<br><br>v.<br><br>JOHN GUEST (U.S.A.) INC.; DOES 1 through 10, inclusive,<br><br>       Defendant(s). | Case No.:  SACV 12-1087-AG (RNBx)<br><br>**ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO THE PARTIES' STIPULATION OF DISMISSAL**<br><br>**Honorable Andrew J. Guilford**<br>**Courtroom 10 D** |

   Pursuant to the Stipulation between Plaintiff State Farm General Insurance Company ("State Farm") and Defendant John Guest (U.S.A.), Inc. ("John Guest") that was filed in this matter, State Farm's Complaint, and each and every claim for

///

///

///

1  relief contained therein, is hereby dismissed with prejudice pursuant to Rule
2  41(a)(1)(A)(ii) of the Federal *Rules of Civil Procedure*.  Each party is to bear its
3  own attorneys' fees and costs.
4      IT IS SO ORDERED.

6  Dated:  March 15, 2013

                                                          _____
                                                          Andrew J. Guilford
                                                          United States District Judge

ORDER DISMISSING CASE WITH PREJUDICE PURSUANT TO STIPULATION OF DISMISSAL
**Error! Unknown document property name.**