1  George A. Pisano (SBN 108951)
   Arlene N. Hoang (SBN 193395)
2  **WILSON, ELSER, MOSKOWITZ,
      EDELMAN & DICKER LLP**
3  555 S. Flower Street, Suite 2900
   Los Angeles, California 90071
4  Telephone:(213) 443-5100
   Facsimile: (213) 443-5101
5  Email:  George.Pisano@wilsonelser.com
   Email:  Arlene.Hoang@wilsonelser.com
6  Attorneys for Defendant
   JOHN GUEST (U.S.A.) INC.
7

8

9                      UNITED STATES DISTRICT COURT

10                    CENTRAL DISTRICT OF CALIFORNIA

11                           SOUTHERN DIVISION

12

13 | STATE FARM GENERAL         ) Case No.:  SACV 12-1087-AG (RNBx)
   | INSURANCE COMPANY          )
14 |                            ) **ORDER DISMISSING CASE WITH
   |                Plaintiff(s),) PREJUDICE PURSUANT TO THE
15 |                            ) PARTIES' STIPULATION OF
   | v.                          ) DISMISSAL**
16 |                            )
   | JOHN GUEST (U.S.A.) INC.; DOES 1 ) **Honorable Andrew J. Guilford
17 | through 10, inclusive,      ) Courtroom 10 D**
   |                            )
18 |                Defendant(s).)
   |                            )
19

20

21

22
         Pursuant to the Stipulation between Plaintiff State Farm General Insurance
23
   Company ("State Farm") and Defendant John Guest (U.S.A.), Inc. ("John Guest")
24
   that was filed in this matter, State Farm's Complaint, and each and every claim for
25
   ///
26
   ///
27
   ///
28

                                             1

1  relief contained therein, is hereby dismissed with prejudice pursuant to Rule
2  41(a)(1)(A)(ii) of the Federal *Rules of Civil Procedure*.  Each party is to bear its
3  own attorneys' fees and costs.
4        IT IS SO ORDERED.
5
6  Dated:  March 15, 2013
7
8                                                      _____
9                                                      Andrew J. Guilford
10                                                 United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28